**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Maria H Martins                                     **Case/AP Number** 10-17722 **-FJB**
                                                               **Chapter** 13

#99 Motion of U.S. Bank for Relief from Automatic Stay Re: 107 Washington Street, Somerville, MA (R. Vernon)
#100 Response of Debtor (C. Perez-Kudzma)

**COURT ACTION:**

#99     ✔ Hearing held
_____ Granted          _____ Approved            _____ Moot
_____ Denied           _____ Denied without prejudice     _____ Withdrawn in open court
_____ Overruled        _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order       _____ Released       _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

For the reasons set forth on the record, the objection is hereby overruled and the motion for relief from the automatic stay is hereby granted.

IT IS SO ORDERED:

/s/ Frank J. Bailey

_____ Dated: 04/14/2011
Frank J. Bailey
United States Bankruptcy Judge